UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

Michael Berry

v.

Kior, Inc., et al.

Case No.: 4:13−cv−02443
Judge Lee H Rosenthal

Defendant

## NOTICE OF RESETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Lee H Rosenthal

**PLACE:**
Courtroom 11B
United States District Court
515 Rusk Ave
Houston, TX

**DATE:** 11/25/13

**TIME:** 02:00 PM

**TYPE OF PROCEEDING:** Initial Conference

Date:   October 17, 2013

David J. Bradley, Clerk