UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

Motion and Order for Admission *Pro Hac Vice*

| Division | Civil | Case Number | 13-cv-02443 |
|---|---|---|---|
| Michael Berry et al. ||||
| *versus* ||||
| Kior, Inc. et al ||||

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Federal Bar & Number | Laurence Rosen<br>The Rosen Law Firm<br>275 Madison Avenue, 34th Floor<br>New York, NY 10016<br>212-686-1060<br>New York:2255214 |
|---|---|
| Seeks to appear for this party: | Plaintiff- Carlton |
| Dated: 10/21/13 | Signed: |

| The state bar reports that the applicant's status is: Active ||
|---|---|
| Dated: 10/23/13 | Clerk's signature: |

Order

Dated: 10/23/13

This lawyer is admitted *pro hac vice*.

United States District Judge