IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MICHAEL BERRY, Individually and on Behalf All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>KIOR, INC., FRED CANNON, and JOHN K. KARNES,<br><br>Defendants. | Civil Action No.: 4:13-cv-2443 |

## DEFENDANTS' CERTIFICATE OF INTERESTED PARTIES

Defendants KiOR, Inc., Fred Cannon and John Karnes ("Defendants") know, or have reason to believe, that each of the following persons or entities may have a financial interest in the outcome of this case:

1. Plaintiff Michael Berry.

2. Putative class members, as defined in the Class Action Complaint.

3. Sammy Ford IV, the Law Firm of Abraham, Watkins, Nichols, Sorrels, Agosto & Friend, Lesley Portnoy and Pomerantz Grossman Hufford Dahlstrom & Gross LLP, counsel for Plaintiff Michael Berry and putative class members.

4. Proposed Lead Plaintiff Sharon Kegerreis.

5. Deborah Jean Bullion, James L. Gascoyne, Gascoyne & Bullion, PC, Nicholas Porritt, and Levi & Korsinsky LLP, counsel for Proposed Lead Plaintiff Sharon Kegerreis.

6. Proposed Lead Plaintiff Dave Carlton.

7. Ronald Dean Gresham, Payne Mitchell Law Group, Phillip Kim, Laurence M. Rosen and The Rosen Law Firm, P.A., counsel for Proposed Lead Plaintiff Dave Carlton.

8. Defendant KiOR, Inc.

9. Defendant Fred Cannon

10. Defendant John H. Karnes

If new parties are added or if additional persons or entities that are financially interested in the outcome of the litigation are identified during the pendency of this litigation, then counsel for Defendants will promptly file an amended disclosure.

>Respectfully submitted,
>
>**BAKER BOTTS L.L.P.**

| | |
|---|---|
| *Of Counsel:* | /s/ Cristina Espinosa Rodriguez |
| Michael G. Bongiorno | David D. Sterling |
| Peter J Kolovos |    *Attorney-In-Charge* |
| Kerry C Tipper | Texas Bar No. 19170000 |
| WILMER CUTLER PICKERING | Federal I.D. No. 07079 |
| HALE AND DORR LLP | Cristina Espinosa Rodriguez |
| 60 State Street | Texas Bar No. 00793701 |
| Boston, MA 02109 | Federal I.D. No. 20575 |
| (Tel) 617.526.6000 | One Shell Plaza, 910 Louisiana Street |
| (Fax) 617.526.5000 | Houston, Texas  77002 |
| michael.bongiorno@wilmerhale.com | (Tel) 713.229.1234 |
| | (Fax) 713.229.1522 |
| | cristina.rodriguez@bakerbotts.com |
| | |
| | **Attorneys for Defendants** |

## **CERTIFICATE OF SERVICE**

  I hereby certify that on this the 15th day of November, 2013, a true and correct copy of the foregoing document was served on all counsel of record through the Court's electronic filing system.

                /s/ Cristina Espinosa Rodriguez
                Cristina Espinosa Rodriguez