UNITED STATES DISTRICT COURT            SOUTHERN DISTRICT OF TEXAS

*United States District Court*
*Southern District of Texas*
*FILED*
*NOV 2 0 2013*
*David J. Bradley, Clerk of Court*

Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:13-cv-02443 (LHR) |
|---|---|---|---|
| Michael Berry | | | |
| *versus* | | | |
| Kior, Inc., et al. | | | |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Federal Bar & Number | Nicholas I. Porritt<br>Levi & Korsinsky, LLP<br>1101 30th Street NW, Suite 115<br>Washington DC 20007<br>202-524-4290<br>DC Court of Appeals 457611<br>DC 457611 |
|---|---|
| Seeks to appear for this party: | Michael Berry |
| Dated:          11/18/2013 | Signed: *Nick Porritt* |

| The state bar reports that the applicant's status is: Active | |
|---|---|
| Dated: 11/22/13 | Clerk's signature: *Watson* |

| Order | This lawyer is admitted *pro hac vice*. |
|---|---|

Dated: _____          _____
                                                                 United States District Judge



# District of Columbia Court of Appeals
## Committee on Admissions
### 430 E Street, N.W. — Room 123
### Washington, D. C.  20001
### 202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, do hereby certify that

# NICHOLAS  I.  PORRITT

was on **FEBRUARY 6, 1998,** duly qualified and admitted as an attorney and counselor entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on **November 19, 2013**.

JULIO A. CASTILLO
Clerk of the Court

By: _____
Deputy Clerk