UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| MICHAEL BERRY, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>vs.<br><br>KIOR, INC, FRED CANNON, JOHN K. KARNES,<br><br>Defendants. | Civil Action No.: 4:13-cv-02443<br><br>MOTION OF DAVE CARLTON TO APPOINT LEAD PLAINTIFF AND COUNSEL<br><br>CLASS ACTION |

## MOVANT DAVE CARLTON'S CERTIFICATE OF INTERESTED PARTIES

Lead Plaintiff Movants Dave Carlton and Sharon Kegerreis believe that the following persons and entities have a financial interest in the outcome of the case:

1. Plaintiff Michael Berry;

2. Lead plaintiff movant, Sharon Kegerreis;

3. Lead plaintiff movant, Dave Carlton;

4. Absent class members as defined in the action;

5. Defendant KiOR, Inc.;

6. Defendant Fred Cannon;

7. Defendant John K. Karnes; and

8. Counsel of record for the parties.

1

Dated: November 22, 2013

Respectfully submitted,

**GASCOYNE & BULLION, P.C.**

By: __/s/ James L. Gascoyne__
James L. Gascoyne
(State Bar No. 07744800 / SDTX No. 1980)
77 Sugar Creek Center Blvd., Suite 280
Sugar Land, Texas 77478
Phone: (281) 340-7000
Fax: (281) 340-7001

*Proposed Liaison Counsel*

**THE ROSEN LAW FIRM, P.A.**
Phillip Kim, Esq. (pro hac vice)
Laurence M. Rosen, Esq. (pro hac vice)
275 Madison Avenue, 34th Floor
New York, New York 10016
Phone: (212) 686-1060
Fax: (212) 202-3827

and

**LEVI & KORSINSKY LLP**
Nicholas I. Porritt (pro hac vice pending)
1101 30th Street NW, Suite 115
Washington, D.C. 20007
Phone: (202) 524-4290
Fax: (202) 333-2121

*Proposed Co-Lead Counsel*

**THE PAYNE MITCHELL LAW GROUP**
Dean Gresham, Esq. (State Bar No. 24027215 / SDTX No. 27438)
2911 Turtle Creek Blvd., Suite 1400
Dallas, TX 75219
Tel: (214) 252-1888
Fax: (214) 252-1889
Email: dean@paynemithcell.com

*Additional counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

      I hereby certify that on this on the 22nd of November, 2013, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.


                                                    /s/ James L. Gascoyne