UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MICHAEL BERRY, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>vs.<br><br>KIOR, INC., FRED CANNON, JOHN K. KARNES,<br><br>Defendants. | Civil Action No.: 4:13-cv-02443<br><br>CLASS ACTION |

## [PROPOSED] ORDER APPROVING STIPULATION REGARDING APPOINTMENT OF LEAD PLAINTIFFS AND APPROVAL OF LEAD PLAINTIFFS' SELECTION OF CO-LEAD AND LIAISON COUNSEL

PURSUANT TO STIPULATION, AND GOOD CAUSE APPEARING:

1. Plaintiffs Dave Carlton and Sharon Kegerreis are appointed lead plaintiffs for the above-captioned action and any subsequent filed consolidated actions.

2. Dave Carlton's and Sharon Kegerreis' selections of counsel – The Rosen Law Firm, P.A., Levi & Korsinsky LLP, and Gascoyne & Bullion, P.C—are approved as co-lead and liaison counsel.

IT IS SO ORDERED.

DATED: Nov. X, 2013

_____
HONORABLE LEE H. ROSENTHAL
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on this on the __12__ day of November 2013, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

/s/ James L. Gascoyne

4827-5232-5142, v. 1