| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

United States District Court
Southern District of Texas
FILED
NOV 2 0 2013
David J. Bradley, Clerk of Court

Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:13-cv-02443 (LHR) |
|---|---|---|---|
| Michael Berry ||||
| *versus* ||||
| Kior, Inc., et al. ||||

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Federal Bar & Number | Nicholas I. Porritt<br>Levi & Korsinsky, LLP<br>1101 30th Street NW, Suite 115<br>Washington DC 20007<br>202-524-4290<br>DC Court of Appeals 457611<br>DC 457611 |
|---|---|
| Seeks to appear for this party: | Michael Berry |
| Dated: 11/18/2013 | Signed: *[signature]* |

| The state bar reports that the applicant's status is: Active ||
|---|---|
| Dated: 11/22/13 | Clerk's signature: *[signature]* |

| Order |
|---|

This lawyer is admitted *pro hac vice*.

Dated: 11/25/2013

_____
United States District Judge