IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MICHAEL BERRY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-13-2443 |
| | § | |
| KIOR, INC., *et al.*, | § | |
| | § | |
| Defendants. | § | |

## SCHEDULING AND DOCKET CONTROL ORDER

The initial stage of this case will be controlled by the following schedule:

1. January 27, 2014 **PLAINTIFFS TO AMEND COMPLAINT**
   The attorney causing the addition of new parties will provide copies of this Order to new parties.

2. March 25, 2014 **DEFENDANTS TO MOVE TO DISMISS**

3. May 26, 2014 **PLAINTIFFS TO RESPOND**

4. June 23, 2014 **DEFENDANTS TO REPLY**

5. July 18, 2014 **DEFENDANTS TO FILE ANY SUPPLEMENT REQUIRED BY RECENT SUPREME COURT DECISIONS**

6. August 15, 2014 **PLAINTIFFS TO FILE RESPONSE**

7. September 3, 2014 **ORAL ARGUMENT**
   Oral argument will be held on the motion to dismiss at 8:30 a.m. in Courtroom 11-B, United States Courthouse, 515 Rusk, Houston, Texas.

SIGNED on November 25, 2013, at Houston, Texas.

Lee H. Rosenthal
United States District Judge