IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MICHAEL BERRY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-13-2443 |
| | § | |
| KIOR, INC., *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER POSTPONING HEARING

Counsel for the Lead Plaintiffs and Defendants filed a Joint Request to Postpone Hearing Scheduled September 26, 2014. (Docket Entry No. 68). The request is granted. The hearing scheduled for September 26, 2014 on defendants' motions to dismiss is reset to **November 14, 2014**, at 8:30 a.m.

The Lead Plaintiffs, Dave Carlton and Sharon Kegerreis, will file by **September 24, 2014** their Motion for Leave to File Supplemental Pleading or in the Alternative for Leave to Amend, with the proposed amended pleading. The defendants will file any opposition by **October 8, 2014**. Any reply is due by **October 22, 2014**.

SIGNED on September 19, 2014, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge